UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARLA McLAURIN,

    Plaintiff,

v.

    Case No. 15-13912
    Hon. Gerald E. Rosen
    Magistrate Judge Patricia T. Morris

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

# ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on      January 6, 2017

PRESENT:   Honorable Gerald E. Rosen
                United States District Judge

On December 1, 2016, Magistrate Judge Patricia T. Morris issued a Report and Recommendation ("R & R") recommending that the Court deny Plaintiff Marla McLaurin's motion for summary judgment and grant the Defendant Commissioner of Social Security's motion for summary judgment. No objections have been filed to the R & R. The Court having reviewed the Magistrate Judge's R & R, the parties' underlying motions for summary judgment, and the remainder of the record,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's December 1, 2016 Report and Recommendation (docket #22) is ADOPTED as the opinion of this Court.  IT IS FURTHER ORDERED, for the reasons stated in the R & R, that Plaintiff's April 12, 2016 motion for summary judgment (docket #19) is DENIED, and that Defendant's April 18, 2016 motion for summary judgment (docket #20) is GRANTED.

                                            s/Gerald E. Rosen
                                            United States District Judge

Dated:  January 6, 2017

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 6, 2017, by electronic and/or ordinary mail.

                                            s/Julie Owens
                                            Case Manager, (313) 234-5135